UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
PRENTICE COX,

                  Plaintiff,

-against-

ANJIN LLC,

                  Defendant.
------------------------------------- x

ORDER

19 Civ. 4315 (GBD)

GEORGE B. DANIELS, United States District Judge:

Plaintiff's request for an extension of time to file a motion for default judgment, (ECF No. 15), is GRANTED. Plaintiff's motion is due by January 10, 2020.

The initial conference scheduled for January 8, 2020 is adjourned to January 29, 2020 at 9:30 am.

Dated: New York, New York
       January 6, 2020

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 0 7 2020