**SEKENDIZ LAW FIRM P.C.**
ATTORNEYS AT LAW
45 BROADWAY 1420
NEW YORK, NEW YORK 10006
(212) 380-8087



January 27, 2020

**VIA ECF and First Class Mail**
The Honorable George B. Daniels
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED**

The initial conference
scheduled for January 29,
2020 at 9:45 am is canceled.

*George B Daniels*

HON. GEORGE B. DANIELS

Case Name:  Cox v. Anjin LLC
Case Number: 1:19-cv-04315-GBD

Hon. U.S District Court Judge Daniels:

I represent Plaintiff. in connection with the above referenced matter. I am writing this letter to request that Your Honor adjourn the Initial Conference, which is scheduled for January 29, 2020 *sine die* or to any other date, which Your Honor deems proper. Thee reason for the adjournment request is that I filed a default judgment against the defendant, which is pending before Your Honor.

This is Plaintiff's third request to adjourn the Conference.

Thank you for your consideration of this request.

Dated: New York, New York
January 27, 2020

Respectfully submitted,

____/Ismail S. Sekendiz/____