UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRENTICE COX,

                Plaintiff,

against

ANJIN LLC,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 4315 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

With respect to Plaintiff's motion for default judgment (ECF No. 17), which includes a request for attorney's fees and costs, Plaintiff's counsel is directed to file invoices, redacted if necessary, for the work performed and costs expended for Plaintiff in this case by **Tuesday, July 7, 2020**.

Dated:    New York, New York
            June 23, 2020

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**