**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
PRENTICE COX,

                Plaintiff,

                                               19 **CIV** 4315 (GBD)(SLC)

        -against-                                  **DEFAULT JUDGMENT**

ANJIN LLC,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum Decision and Order dated August 25, 2020, Magistrate Judge Cave's Report is adopted in its entirety; Defendant is ordered to take necessary steps to remedy existing ADA violations at Hirohisa and pay Plaintiff $500 in compensatory damages, $3,720.50 in attorneys' fees, $455 in costs, and post-judgment interest pursuant to 28 U.S.C. 1961(a); it is further ordered that (1) Defendant shall submit to Plaintiff's counsel a report detailing architectural plans to cure the ADAAG violations detailed in the complaint within 60 days, (2) Plaintiff shall have 20 days from receipt of such report to consent or seek further relief from this Court, and (3) Defendant shall make the designated modification within 60 days of Plaintiff's consent or a ruling by this Court on any request for further relief.

 **DATED**: New York, New York
           August 31, 2020

                                                     **RUBY J. KRAJICK**
                                                     _____
                                                     **Clerk of Court**

                                        **BY:** _____
                                                    **Deputy Clerk**